**No. 09-9501. Hugo Quental Barros, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

560 U.S. 908, 130 S. Ct. 3281, 176 L. Ed. 2d 1191, 2010 U.S. LEXIS 3967.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9502. Boaz Pleasant-Bey, Petitioner v. Tennessee.**

560 U.S. 908, 130 S. Ct. 3281, 176 L. Ed. 2d 1191, 2010 U.S. LEXIS 4023.

May 17, 2010. Petition for writ of certiorari to the Supreme Court of Tennessee, Western Division, denied.

**No. 09-9505. Daniel Villa, Petitioner v. Texas.**

560 U.S. 908, 130 S. Ct. 3281, 176 L. Ed. 2d 1191, 2010 U.S. LEXIS 3988.

May 17, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Seventh District, denied.

**No. 09-9506. Hymon A. Walker, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 909, 130 S. Ct. 3281, 176 L. Ed. 2d 1191, 2010 U.S. LEXIS 3917.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9508. Walter S. Wilson, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

560 U.S. 909, 130 S. Ct. 3282, 176 L. Ed. 2d 1191, 2010 U.S. LEXIS 3963.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 903.

**No. 09-9513. Cletus Rivera, Petitioner v. Pennsylvania.**

560 U.S. 909, 130 S. Ct. 3282, 176 L. Ed. 2d 1191, 2010 U.S. LEXIS 3943.

May 17, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 603 Pa. 340, 983 A.2d 1211.

**No. 09-9514. Jerome Julius Brown, Petitioner v. Suburban Propane, LP.**

560 U.S. 909, 130 S. Ct. 3282, 176 L. Ed. 2d 1191, 2010 U.S. LEXIS 3909,

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 367 Fed. Appx. 165.